# ARLEO & DONOHUE, L.L.C.
### ATTORNEYS AT LAW

Frank P. Arleo  
Timothy M. Donohue  
Jo Ann K. Dobransky  
——————  
Kamron A. Sharif

622 Eagle Rock Avenue  
West Orange, NJ 07052  
Telephone: (973) 736-8660  
Fax: (973) 736-1712

February 9, 2024

**<u>Via ECF</u>**  
Hon. Zahid N. Quraishi, U.S.D.J.  
United States District Court of N.J.  
50 Walnut Street, Room 1001  
Newark, NJ 07102

       Re: United States v. Lovella Rogan  
          Docket No. 3:23cr-00995 (ZNQ)

Dear Judge Quraishi:

  As Your Honor knows, I represent defendant Lovella Rogan in the above matter. Please be advised that Ms. Rogan has decided to withdraw her request for a bail modification to allow travel to Cancun, Mexico at the end of the month. Thank you.

         Respectfully,

         */s/ Frank P. Arleo*

         Frank P. Arleo

FPA: mm  
Encl.  
cc: AUSA Katherine Calle (via ECF)  
   AUSA Francesca Liquori (via ECF)  
   U.S. Pretrial Officer Lura Jenkins (via ECF)